In the Matter of WILLIAM C. MAYNE, an Attorney.— Reference ordered

to Hon. John J. Freedman, official referee.   Settle order on notice
Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.